1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10

11   FRANK CURTIS REYNOLDS,                    **Case No. CV 15-06594 JAK (RAO)**
12                    Petitioner,
13          v.                                 **JUDGMENT**
14   JEFFREY BEARD,
15                    Respondent.
16

17          Pursuant to the Court's Order Accepting Findings, Conclusions, and
18   Recommendations of United States Magistrate Judge,
19          IT IS ORDERED AND ADJUDGED that the Petition is denied and this
20   action is dismissed without prejudice.
21
22
23   DATED:  February 23, 2016
24                                        _____
25                                        JOHN A. KRONSTADT
                                          UNITED STATES DISTRICT JUDGE
26
27
28